UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT FOX, JR.,

        Plaintiff,                       No. 08-cv-14727

vs.                                         Hon. Gerald E. Rosen

PENNY RODGERS, et al.,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on        June 25, 2010

        PRESENT:    Honorable Gerald E. Rosen
                              United States District Chief Judge

      This prisoner civil rights action having come before the Court on the June 8, 2010 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub, recommending that the Court grant Defendant Karen Ibarra's Motion for Summary Judgment; and no timely objections to the Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's R&R, and the entire record of this matter, and having concluded that Defendant Ibarra's motion for summary judgment should be granted,

     NOW, THEREFORE,

     IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of June 8, 2010 **Dkt. # 96]** is adopted by the Court.  Accordingly,

IT IS FURTHER ORDERED that Defendant Karen Ibarra's Motion for Summary Judgment **[Dkt. # 93]** is GRANTED.

Defendant Ibarra being the last defendant remaining in this action,

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED, in its entirety, WITH PREJUDICE.

Let Judgment be entered accordingly.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  June 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 25, 2010, by electronic mail and upon Robert Fox, Jr., #208615, Parr Highway Correctional Facility, 2727 East Beecher Street, Adrian, Michigan 49221 (Last known address for plaintiff).

s/Ruth A. Gunther
Case Manager